UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOGAN MILSTEAD

VERSUS

TOTAL PETROCHEMICALS &
REFINING USA, INC., ET AL

CIVIL ACTION

NO. 14-148-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 18, 2014 (doc. no. 41). The defendants have filed objections which merely restate their prior arguments and have been duly considered.

Accordingly, the Motion to Remand filed by plaintiff Logan Milstead is GRANTED.

Baton Rouge, Louisiana, this 29th day of September, 2014.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE